IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **COHEN AMIR-ASLANI f/k/a NGO COHEN AMIR-ASLANI & ASSOCIÉS**, a French SELARL,<br><br>    Plaintiff,<br><br>v.<br><br>**ELECTRONIC CIGARETTES INTERNATIONAL GROUP, LTD. f/k/a VICTORY ELECTRONIC CIGARETTES CORPORATION**, a Nevada corporation,<br><br>    Defendant. | Case No. 1:15-cv-00539<br><br>Hon. Janet T. Neff |

**NOTICE OF DISMISSAL**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff gives notice that this case is dismissed, without prejudice.

                                                        Respectfully Submitted,

                                                        **COHEN AMIR-ASLANI f/k/a**
                                                        **NGO COHEN AMIR-ASLANI**
                                                        **& ASSOCIÉS**

Dated:  July 7, 2015                                   /s/  Sandra J. Densham
                                                        Sandra J. Densham
                                                        PLUNKETT COONEY
                                                         Attorneys for Plaintiff
                                                         333 Bridge Street, N.W., Suite 530
                                                         Grand Rapids, MI  49504
                                                         616-752-4600
                                                         Email:  sdensham@plunkettcooney.com

Open.25207.51290.15651639-1